# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:08-cr-0332-JCM-GWF |
| vs. ) | |
| ) | **ORDER** |
| GANIU ADISA KOSOKO, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant Kosoko's Motion to Dismiss Co-Counsel and Appoint New Counsel (#165), filed June 30, 2010; Defendant Kosoko's Motion Requesting Copies of Indictment, All Motions and Grand Jury Minutes & Transcripts (#168), filed June 30, 2010; and United States' Response to Defendant's Demand for Discovery, Pretrial Motion Responses and Motion for New Counsel (#169), filed July 2, 2010.

**1.     Motion for new co-counsel**

The Court previously dealt with Defendant Kosoko's motion to discharge Michael Sanft as defense counsel (#142) during a hearing on June 15, 2010 (#153). At that time, the Court granted Kosoko's request to represent himself *pro se* and ordered that Mr. Sanft would remain as standby counsel for Defendant. Kosoko has not raised any new issues in the present motion that would warrant the Court revisiting the question of Mr. Sanft's appointment as standby counsel.

**2.     Motion for Copies**

Kosoko requests that the Court provide him with copies of his indictment, grand jury transcripts and minutes, and all motions filed in this action. It is unclear to the Court whether Kosoko has attempted to obtain copies of these materials from Mr. Sanft. Defendant should request that standby counsel provide him with copies of the requested documents. If Mr. Sanft is not in possession of the materials, Defendant may refile his request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Kosoko's Motion to Dismiss Co-Counsel and Appoint New Counsel (#165) is **denied**.

**IT IS FURTHER ORDERED** that Defendant Kosoko's Motion Requesting Copies of Indictment, All Motions and Grand Jury Minutes & Transcripts (#166) is **denied without prejudice**.

DATED this 6th day of July, 2010.

GEORGE FOLEY, JR.
**UNITED STATES MAGISTRATE JUDGE**