# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:08-cr-0332-JCM-GWF |
| vs. ) | |
| ) | **ORDER** |
| GANIU ADISA KOSOKO, ) | |
| ) | |
| Defendant. ) | |

      This matter is before the Court on Defendant Ganiu Kosoko's Motion to Proceed *Pro Se* (#172), filed July 8, 2010.

      Defendant Kosoko requests that the Court issue a written order stating that he is proceeding *pro se* so that he might show the order to the prison staff. The Court will grant this request and have the Clerk of the Court provide Plaintiff with a copy of the docket report that contains entry #153, which contains the minutes of the proceeding in which the Court granted Kosoko's motion to proceed *pro se*.

      In addition, Kosoko requests that the Court order prison officials to take him to a "court-approved" law library as he finds the jail library to be inadequate. (#172). While Kosoko is proceeding *pro se* in this case, the Court has appointed standby counsel for Defendant. (*See* #153). If Kosoko feels the materials at the prison library are inadequate, he should request the assistance of standby counsel to obtain specific materials.

      Defendant also repeats his request that the Court order the government to provide him with all discovery previously produced in this action. (#172); (*see also* #142, #166). On July 6, 2010, the Court denied a previous request for discovery from Defendant Kosoko and instructed him to seek the requested material from his standby counsel. (#170).

. . .

Kosoko's present motion also contains a request that the Court specifically rule on his motion for a speedy trial that was contained in his motion to proceed *pro se* (#142). Defendant's trial is scheduled to take place next week. Therefore, Kosoko's request for a speedy trial is moot. Accordingly,

**IT IS HEREBY ORDERED** that Motion to Proceed *Pro Se* (#172) is **granted in part** and **denied in part** as follows:

1. The Clerk of the Court shall prepare a copy of the docket report regarding case 2:08-cr-0332-JCM-GWF and send it to Defendant Kosoko at the current address on file for Defendant with the Court;

2. Defendant's request that the Court order prison officials to take him to another law library is **denied**. Defendant may seek the assistance of his standby counsel to request specific legal materials.

3. Defendant's request for discovery is **denied**. Defendant should seek the discovery material from his standby counsel.

**IT IS FURTHER ORDERED** that Defendant Kosoko's motion for a speedy trial (#142) is **denied** as moot.

DATED this 8th day of July, 2010.

_George Foley Jr._
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**