**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 2:08-cr-0332-JCM-GWF |
| v. | ) |
| | ) **O R D E R** |
| GANIU ADISA KOSOKO, | ) |
| Defendant. | ) |

Before the court is defendant Kosoko's proper person Motion for Bond Modification (#179, filed July 14, 2010), which the court treats as a request to reconsider the March 25, 2010 order revoking Kosoko's personal recognizance release. Kosoko says he should be released from custody because, among other reasons, he "has no criminal background." Perhaps the defendant has forgotten that this judge presided over the defendant's pretrial release revocation hearing, and is aware that he has been convicted of at least three felonies, and that credible evidence was presented that while the defendant was on pretrial release in this case he attempted to obstruct justice by suborning perjury in a trial in Fulton County, Georgia, in which he was charged with, among other things, aggravated assault and possession of a firearm by a felon. That the defendant would lie to the court about his criminal history in a written request to be released confirms that he cannot be trusted to honor any obligation the court might impose as a condition of release. Accordingly,

IT IS ORDERED that Kosoko's proper person Motion for Bond Modification (#179) is DENIED.

DATED this 15th day of July, 2010.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**