# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:08-cr-0332-JCM-GWF |
| vs. ) | |
| ) | **ORDER** |
| GANIU ADISA KOSOKO, ) | |
| ) | Motion for Documents (#200) |
| Defendant. ) | |

This matter is before the Court on Defendant Kosoko's Motion to Receive Copies of Documents Received from the Northern District of Georgia (#200), filed July 27, 2010. Defendant requests that the Court provide him with a copy of documents filed in the docket from the Northern District of Georgia (#39, #109 and #120), the docket sheet, minutes from the July 28, 2009 Grand Jury Proceedings (#29) and minutes from Defendant's Initial Appearance/Arraignment & Plea on August 17, 2009 (#45). Upon review and consideration,

**IT IS FURTHER ORDERED** that Defendant Kosoko's Motion to Receive Copies of Documents Received from the Northern District of Georgia (#200) is **granted**. The Clerk of the Court shall prepare a copy of the following documents and send them to Defendant Ganiu Kosoko at the current address on file for Defendant with the Court:

1. Docket sheet regarding case 2:08-cr-0332-JCM-GWF;
2. Minutes from the July 28, 2009 Grand Jury Proceedings (#29);
3. Rule 5(c)(3) Documents Received from Northern District of Georgia (#39);
4. Rule 5(c)(3) Documents Received as to Ganiu Adisa Kosoko (#109); and
5. Exhibits as to Ganiu Adisa Kosoko (#120).

DATED this 9th day of August, 2010.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**