# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:08-cr-0332-JCM-GWF |
| vs. ) | |
| ) | **ORDER** |
| GANIU ADISA KOSOKO, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Defendant Kosoko's Motion to Restore Fourth Amendment in Preparation for Trial (#194), filed July 26, 2010.

Defendant Kosoko is a criminal defendant representing himself *in proper person* who is currently housed at North Las Vegas Detention Center ("NLVDC").  Defendant alleges that his Fourth Amendment rights are being infringed at NLVDC, but offers no information about the supposed infringement.  (*See* #194).  The motion itself consists of two short paragraphs and the illegible statement that Defendant will be dealing with very "reveiling [sic] and [illegible] document [sic] that would create an unsafe environment if uncover [sic] recklessly."  (*Id.*)  Without any details, the Court remains in the dark as to what is occurring at NLVDC and what remedy Kosoko is requesting from the Court.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Kosoko's Motion to Restore Fourth Amendment in Preparation for Trial (#194) is **denied without prejudice**.

DATED this 10th day of August, 2010.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**