**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:08-cr-0332-JCM-GWF |
| vs. ) | |
| ) | **ORDER** |
| GANIU ADISA KOSOKO, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Defendant Kosoko's Motion to Order the Jail to Accept All Regular Mail in Preparation for Trial (#193), filed July 26, 2010; Letter from Ganiu Kosoko (#195), filed July 26, 2010; and Kosoko's Motion to Have Access to a Law Library (#199), filed July 27, 2010.

Defendant Kosoko is a criminal defendant representing himself *in proper person* who is currently housed at North Las Vegas Detention Center ("NLVDC"). In several motions, Defendant alleges that the conditions at NLVDC prevent him from adequately preparing a defense to the government's prosecution and infringe on his constitutional rights to due process and access to the courts. (*See* #193, 195, 199). Specifically, Defendant states that NLVDC prevents him from receiving documents necessary to prepare his defense because NLVDC does not allow incoming mail in any form besides a postcard. (#193); the conditions at NLVDC impair his ability to effectively communicate with his stand-by counsel or prepare an adequate defense (#195); NLVDC does not have a law library where Kosoko can research to prepare his defense (#199); the detention center will not allow Defendant's stand-by counsel to bring law books into the jail due to their size (#199); and that instead of a law library NLVDC houses a General Education Development classroom, which Kosoko is only allowed to utilize for three hours every other day (#199).

. . .

Defendants' motions raise a potentially valid concern that he is being denied adequate access to legal research materials necessary to the preparation of his defense. Accordingly,

**IT IS HEREBY ORDERED** that North Las Vegas Detention Center will submit a response to the allegations contained in Defendant Kosoko's Motion to Order the Jail to Accept All Regular Mail in Preparation for Trial (#193), Letter from Ganiu Kosoko (#195) and Kosoko's Motion to Have Access to a Law Library (#199) on or before **August 26, 2010**.

**IT IS FURTHER ORDERED** that a motion hearing is set for **Tuesday, August 31, 2010** at **11:30 a.m.** in **LV Courtroom 3A** before Magistrate Judge George Foley, Jr. regarding Defendant Kosoko's Motion to Order the Jail to Accept All Regular Mail in Preparation for Trial (#193), Letter from Ganiu Kosoko (#195) and Kosoko's Motion to Have Access to a Law Library (#199).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add North Las Vegas Detention Center as an interested party in this action. In addition, the Clerk shall serve NLVDC with a copy of this Order, Defendant Kosoko's Motion to Order the Jail to Accept All Regular Mail in Preparation for Trial (#193), Letter from Ganiu Kosoko (#195) and Kosoko's Motion to Have Access to a Law Library (#199) at the following address:

> **North Las Vegas Detention Center**
> **c/o  North Las Vegas City Clerk's Office**
> **2200 Civic Center Drive**
> **North Las Vegas, Nevada 89030**

DATED this 10th day of August, 2010.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**