# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:08-cr-0332-JCM-GWF |
| vs. ) | |
| ) | **ORDER** |
| GANIU ADISA KOSOKO, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant Kosoko's Motion to Suppress Evidence in Violation of Fourth Amendment (#206), filed August 3, 2010.

Defendant Kosoko filed the present motion 63 days after the motions deadline of June 1, 2010. (*See* #125). Kosoko offers no reason for the motion's untimeliness and the Court finds he has failed to show good cause for the Court to extend the motion deadline.

In addition, Kosoko's motion to suppress does not set forth any facts and circumstances regarding the alleged searches and seizures or set forth facts and circumstances demonstrating that the alleged searches and seizures violated his Fourth Amendment rights.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Kosoko's Motion to Suppress Evidence in Violation of Fourth Amendment (#206) is **denied**.

DATED this 10th day of August, 2010.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**