# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>GANIU ADISA KOSOKO, )<br>)<br>Defendant. )<br>_____ ) | 2:08-cr-0332-JCM-GWF<br><br>**ORDER** |

      This matter is before the Court on the United States' Motion to Stay Government's Time to Respond to Defendant's Pending Motions (#215), filed August 6, 2010.

      The government requests additional time to respond to the numerous motions filed by Defendant that are pending in this matter. Since the government filed the present motion on August 6, many of the pending motions have been resolved. However, as Defendant has raised numerous issues in the motions that remain to be determined, the Court finds a stay is appropriate. Accordingly,

      **IT IS HEREBY ORDERED** that the United States' Motion to Stay Government's Time to Respond to Defendant's Pending Motions (#215) is **granted** as follows:

      1.    The government will have until **August 26, 2010** to file a response, if any, to Defendant's Motion to Order the Jail to Accept All Regular Mail in Preparation for Trial (#193), Letter from Ganiu Kosoko (#195), and Kosoko's Motion to Have Access to a Law Library (#199).

. . .

. . .

. . .

. . .

2. The government will have until **August 31, 2010** to respond to Kosoko's Motion to Suppress Confession (#207).

DATED this 10th day of August, 2010.

*George Foley Jr.*

**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**