1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA )
)
)      2:08-cr-0332-JCM-GWF
vs. )
)      **ORDER**
GANIU ADISA KOSOKO, )
)
Defendant. )
_____ )

       This matter is before the Court on Defendant Kosoko's Motion to Obtain Copy of the U.S. Probation Office [Report] Detailing the Defendant's Criminal History, If Any (#198), filed July 27, 2010.

       On September 18, 2009, at Defendant's Arraignment the Court directed the U.S. Probation Office to prepare a report detailing the Defendant's criminal history.  (#75).  The U.S. Probation Office does not produce this report to the Court and it is not shown to the parties unless a defendant pleads guilty or is found guilty at trial.  Once a guilty verdict or guilty plea is entered, the report is created to inform the Court of whether Defendant has a criminal record and provide details to any record that might exist.  At this point in this case, the U.S. Probation Office has not prepared a report.  Accordingly,

       **IT IS HEREBY ORDERED** that Defendant Kosoko's Motion to Obtain Copy of the U.S. Probation Office [Report] Detailing the Defendant's Criminal History, If Any (#198) is **denied** without prejudice.

       DATED this 11th day of August, 2010.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**