# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.                                                 )<br>)<br>GANIU ADISA KOSOKO,                 )<br>)<br>           Defendant.                        )<br>_____ ) | 2:08-cr-0332-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant Ganiu Kosoko's Motion to Order Government to Provide an Investigator for Defendant (#182), filed July 20, 2010.  The Court held a hearing on this matter on July 22, 2010 and approved Defendant's request for an investigator to be appointed at the government's expense.   Defendant's standby counsel, Michael Pandullo, Esq., informed the Court that he would be able to recommend an investigator for Defendant.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Ganiu Kosoko's Motion to Order Government to Provide an Investigator for Defendant (#182) is **granted**.  Mr. Pandullo shall submit a proposed order for the appointment of an investigator by September 17, 2010.

DATED this 10th day of September, 2010.

*George Foley Jr.*
**GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE**