# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GANIU ADISA KOSOKO,<br><br>    Defendant. | 2:08-CV-332 JCM (GWF) |

**ORDER**

Presently before the court is Magistrate Judge George Foley's report and recommendation (doc. #262) to deny defendant Kosoko's motion to suppress (doc. #207).

Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling. To date, plaintiff has failed to file any objections to the report and recommendation.

Upon review of the magistrate judge's report and recommendation (doc. #262), and there being no objections filed, this court agrees with Magistrate Judge Foley's recommendation that the motion to suppress be denied.

Accordingly,

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate Judge George Foley's report and recommendation (doc. #8) is AFFIRMED in its entirety.

DATED November 5, 2010.

_____
UNITED STATES DISTRICT JUDGE