UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GANIU ADISA KOSOKO,<br><br>Defendant. | 2:08-CV-332 JCM (GWF) |

### ORDER

Presently before the court is defendant Kosoko's motion to be moved to Atlanta jail. (Doc. #306).

This court has no authority to transfer the defendant; those matters are handled by the Federal Bureau of Prisons. The defendant is welcome to request a recommendation from the court as to the custody location at the time of sentencing.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to be moved to Atlanta jail (doc. #306) is DENIED.

DATED December 20, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**