# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GANIU ADISA KOSOKO,<br><br>Defendant. | 2:08-CV-332 JCM (GWF) |

### ORDER

Presently before the court is defendant Kosoko's motion for obtaining suit and shoes in preparation for trial. (Doc. #252). Also before the court is defendant Kosoko's motion in limine (doc. #270), to which the government responded (doc. #279).

On October 8, 2010, the defendant agreed to "withdraw all his outstanding motions except for the motion for prior conviction." (Doc. #274). This agreement applied to the defendant's motion for obtaining suit and shoes in preparation for trial (doc. #252), which the defendant should have subsequently withdrawn. Although the defendant did reserve his right to argue his motion in limine (doc. #270) at trial, referred to as "the motion for prior conviction," the defendant's decision not to testify ultimately rendered this motion moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for obtaining suit and shoes in preparation for trial (doc. #252) is DENIED as moot.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that defendant's motion in limine (doc. #270) is DENIED as
2 moot.
3    DATED December 22, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -