

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )  2:08-CR-332-JCM (GWF) |
| GANIU ADISA KOSOKO, | )<br>) |
| Defendant. | ) |

## ORDER OF FORFEITURE

On November 15, 2010, defendant GAINU ADISA KOSOKO was found guilty of Counts One through Ten of the Second Superseding Criminal Indictment charging him in Counts One through Five with Bank Fraud in violation of Title 18, United States Code, Section 1344, in Counts Six through Nine with Aggravated Identity Theft in violation of Title 18, United States Code, Sections 1028A(a)(1) and 1028A(c)(5), and in Count Ten with Conspiracy in violation of Title 18, United States Code, Section 371 to commit Identity Theft, in violation of Title 18, United States Code, Section 1028(a)(7); Bank Fraud in violation of Title 18, United States Code, Section 1344; Make, Utter, and Pass Counterfeit Securities, in violation of Title 18, United States Code, Section 513(a); and Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A, and is subject to forfeiture of the property set forth in the Forfeiture Allegations in the Second Superseding Criminal Indictment. Docket #55, #299, #404.

. . .

On February 9, 2011, the United States submitted electronically a proposed Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A) and (a)(2)(B); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, Untied States Code, Section 2461(c). #338. This proposed Order of Forfeiture was served on counsel for the defendant on February 9, 2011. #338. No objection to the entry of the Order of Forfeiture was filed by the defendant. On February 28, 2011, this Court denied the Order of Forfeiture. #353.

Accordingly, this Court finds that GANIU ADISA KOSOKO shall pay a criminal forfeiture money judgment of $4,128,554.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A) and (a)(2)(B); and Title 18, United States Code, 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from GANIU ADISA KOSOKO a criminal forfeiture money judgment in the amount of $4,128,554.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(2)(A) and (a)(2)(B); and Title 18, United States Code, 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

DATED this 31st day of Jan, 2012.

UNITED STATES DISTRICT JUDGE

2