UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

2013 JUN 10  A 10: 29

UNITED STATES OF AMERICA,
Plaintiff,

vs.

District No.   2:08-CR-332-JCM-GWF-2

Ganiu Adisa Kosoko,

Defendant.

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On May 31st, 2013 this court received a transcript order form dated May 31st, 2013 requesting a Transcript of the Motion hearing held on June 15th, 2010 from Mr. William Gamage, CJA Counsel for Defendant Ganiu Adisa Kosoko, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defendant Counsel William Gamage.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 6 day of June, 2013.

James C. Mahan
United States District Judge