

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   2:08-CR-332-JCM-(GWF)
                                    )
GANIU ADISA KOSOKO,                 )
                                    )
        Defendant.                  )

### ORDER OF FORFEITURE

This Court finds that on December 1, 2014, defendant GANIU ADISA KOSOKO pled guilty to Counts One and Ten of a Ten-Count Second Superseding Criminal Indictment charging him in Count One with Bank Fraud in violation of Title 18, United States Code, Section 1344 and in Count Ten with Conspiracy in violations of Title 18, United States Code, Section 371 to commit Identity Theft in violation of Title 18, United States Code, Section 1028(a)(7); Bank Fraud in violation of Title 18, United States Code, Section 1344; Make, Utter and Pass Counterfeit Securities in violation of Title 18, United States Code, Section 513(a); and Aggravated Identity Theft in violation of Title 18, United States Code, Section 1028A. Second Superseding Criminal Indictment, ECF No. 55; Change of Plea, ECF No. __; Plea Memorandum, ECF No. __.

This Court finds defendant GANIU ADISA KOSOKO agreed to the forfeiture of the in personam criminal forfeiture money judgment of $4,128,554 set forth in the Plea Memorandum, and the Forfeiture Allegations in the Second Superseding Criminal Indictment. Second Superseding Criminal Indictment, ECF No. 55; Plea Memorandum, ECF No. __; Change of Plea, ECF No. __.

This Court finds that GANIU ADISA KOSOKO shall pay a criminal forfeiture money judgment of $4,128,554.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A) and (b); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from GANIU ADISA KOSOKO a criminal forfeiture money judgment in the amount of $4,128,554 in United States Currency.

DATED this ___ day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE