```
              FILED           RECEIVED
              ENTERED         SERVED ON
                       COUNSEL/PARTIES OF RECORD

                      MAR 3 0 2015

                   CLERK US DISTRICT COURT
                     DISTRICT OF NEVADA
              BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:08-CR-332-JCM-(GWF) |
| GANIU ADISA KOSOKO, | ) |
| Defendant. | ) |

### ORDER OF FORFEITURE

This Court found on December 1, 2014, that GANIU ADISA KOSOKO shall pay the criminal forfeiture money judgment of $4,128,554 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A) and (b); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Second Superseding Criminal Indictment, ECF No. 55; Change of Plea, ECF No. 546; Plea Agreement, ECF No. 547; Order of Forfeiture, ECF No. 548.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from GANIU ADISA KOSOKO the criminal forfeiture money judgment in the amount of $4,128,554 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(2)(A), (a)(2)(B), and (b); Title 18, United States Code, Section

///

///

///

1  981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code,
2  Section 853(p).
3  DATED this 26th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE