# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 2:08-cr-0332-JCM-GWF |
| vs. | **ORDER** |
| GANIU ADISA KOSOKO, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion Requesting All Filings (ECF No. 591), filed on September 19, 2017.

Local Rule IA 11-6(a) states in pertinent part as follows:

> A party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney.

Here, Defendant is represented by William H. Gamage, Esq. Therefore, Defendant's filing is not allowed pursuant to LR IA 11-6(a). Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion Requesting All Filings (ECF No. 591) is **denied**.

DATED this 26th day of September, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge