1

2

3                                    **UNITED STATES DISTRICT COURT**

4                                        **DISTRICT OF NEVADA**

5

6    UNITED STATES OF AMERICA                )
                                             )       Case No.: 2:08-cr-0332-JCM-GWF
7                                            )
            vs.                              )       **ORDER**
8                                            )
     GANIU ADISA KOSOKO,                     )
9                                            )
                    Defendant.               )
10   _____)

11          This matter is before the Court on Defendant's Motion for Trial Transcripts (ECF No. 593),

12   filed on September 27, 2017.

13          Defendant, appearing *pro se*, requests the full trial transcripts in his case.[1]  Defendant

14   however, fails to provide the court with a reason for this request, nor does he provide the Court

15   with case law to show that the Court should incur such a large cost if its grants his request.  The

16   time for Defendant to file an appeal has long since passed.  *See* Fed. R. App. P. 4(b)(1)(A)(ii) (A

17   defendant in a criminal case must file a notice of appeal within 14 days after the entry of the

18   judgment).  In addition, the deadline for Defendant to file a motion pursuant to 28 U.S.C. § 2255

19   has also expired.  *See* 28 U.S.C.A. § 2255(f) ("A 1-year period of limitation shall apply to a motion

20   under this section.").  Therefore, the Court does not see a reason to justify Defendant's request but

21   will allow Defendant leave to refile his motion, which should provide a justification and case law

22   to support his request.  Accordingly,

23          **IT IS HEREBY ORDERED** that Defendant's Motion for Trial Transcripts (ECF No. 593)

24   is **denied** without prejudice.

25          DATED this 4th day of October, 2017.

26

27                                                   _____
                                                     GEORGE FOLEY, JR.
28                                                   United States Magistrate Judge

---

[1]The Court notes that Defendant has previously filed a motion that requests all filings, disposition, discovery, emails, grand jury records, investigation documents and forfeiting documents.  *See* (ECF No. 591).  That motion similarly fails to provide a justification for his request.