# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00332-JCM-GWF-2 |
| Plaintiff, | |
| v. | **ORDER** |
| GANIU ADISA KOSOKO, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Cease and Dismiss All Stand By Attorney, Appeal Attorney, Sentencing Attorney, Private Investigator and Public Investigator (ECF No. 599), filed on March 11, 2019. Haven reviewed Defendant's motion, it is unclear to the Court what Defendant is requesting. Moreover, the Defendant fails to provide any explanation as to why he is making a request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Cease and Dismiss All Stand By Attorney, Appeal Attorney, Sentencing Attorney, Private Investigator and Public Investigator (ECF No. 599) is **denied**, without prejudice.

Dated this 2nd day of April, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE